**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

**CASE NO.: 1:20-cv-01469**

STOCKFOOD AMERICA, INC.,

    Plaintiff,

v.

BACK TO BASICS KITCHEN LLC and
SUSANNA MINICHIELLO,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

    Plaintiff STOCKFOOD AMERICA, INC. by and through its undersigned counsel, brings this Complaint against Defendants BACK TO BASICS KITCHEN LLC and SUSANNA MINICHIELLO for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

    1.    Plaintiff STOCKFOOD AMERICA, INC. ("Stockfood") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stockfood's original copyrighted Work of authorship in its Work.

    2.    Stockfood is the world's leading food image agency. Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink. Stockfood was founded in Munich, Germany by photographer Pete A. Eising. In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England. Stockfood specialized in the art of food from the very beginning. In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed

images.  In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

3. In 2011, features – complete articles including images and text – became available too.  Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes.  Stockfood content and productions can be found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

4. Defendant BACK TO BASICS KITCHEN LLC ("BBK") is a food preparation and meal delivery service offering healthy prepared meals and a paleo bakery with fresh, local and organic ingredients.  At all times relevant herein, BBK operated the website located at the URL www.backtobasicskitchen.com (the "Website").

5. Defendant Susanna Minichiello ("Minichiello") is the owner of the Website and the registered agent for BBK.

6. Defendants BBK and Minichiello are collectively referred to herein as "Defendants."

7. Stockfood alleges that Defendants copied Stockfood's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Colorado.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in

2

infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. Back to Basics Kitchen LLC is a Limited Liability Company, with its principal place of business at 1480 West Midway Boulevard, Broomfield, Colorado, 80020, and can be served by serving its Registered Agent, Ms. Susanna Minichiello, at the same address.

13. Susanna Minichiello is an individual residing in Boulder county, state of Colorado and can be served at P.O. Box 24, Lafayette, Colorado, 80026.

## THE COPYRIGHTED WORK AT ISSUE

14. In 2010, Stockfood created the photograph entitled 00689343, which is shown below and referred to herein as the "Work".



**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

15. Stockfood registered the Work with the Register of Copyrights on June 1, 2013 and was assigned the registration number VA 1-434-111. The Certificate of Registration is attached hereto as Exhibit 1.

16. At all relevant times Stockfood was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

17. Defendants have never been licensed to use the Work at issue in this action for any purpose.

18. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

19. Defendants copied Stockfood's copyrighted Work without Stockfood's permission.

20. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their meal preparation and delivery service.

21. Defendants copied and distributed Stockfood's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22. Stockfood's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

24. Stockfood never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Plaintiff incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Stockfood owns a valid copyright in the Work at issue in this case.

27. Stockfood registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stockfood's authorization in violation of 17 U.S.C. § 501.

29. Defendants performed the acts alleged in the course and scope of its business activities.

30. Defendants' acts were willful.

31. Stockfood has been damaged.

32. The harm caused to Stockfood has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Back to Basics Kitchen LLC and Susanna Minichiello that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

      c.      Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Plaintiff be awarded pre and post-judgment interest; and

      e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: May 22, 2020                        Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21310 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com

**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237

888.443.5485 – Telephone

*Attorneys for Plaintiff Steve Tague*